[No. 18553-2-III. Division Three. February 27, 2001.]

JAMES A. STANSFIELD, *Appellant*, v. DOUGLAS COUNTY, *Defendant*, THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-2-00212-6, John Hotchkiss, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ. Now published at 107 Wn. App. 1.

[No. 18878-7-III. Division Three. February 27, 2001.]

JAMES A. STANSFIELD, *Appellant*, v. DOUGLAS COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-2-00212-6, John Hotchkiss, J., entered October 14, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ. Now published at 107 Wn. App. 20.

[No. 19131-1-III. Division Three. March 1, 2001.]

MICHAEL J. BOTT, *Appellant*, v. KRISTIAN E. HEDINE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-01416-5, Craig J. Matheson, J., entered February 2, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 25580-4-II. Division Two. March 1, 2001.]

APRIL L. MARTIN, *Appellant*, v. PROGRESSIVE NORTHERN INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-02708-1, John F. Nichols, J., entered February 2, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.